# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 18, 2012

Robert P. Young, Jr.,
Chief Justice

143941

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

MARGARET K. BOLHUIS,
        Petitioner-Appellant,

v

SC: 143941
COA: 298279
Ingham CC: 09-001515-AA

MICHIGAN PUBLIC SCHOOL EMPLOYEES'
RETIREMENT SYSTEM and MICHIGAN
PUBLIC SCHOOL EMPLOYEES' RETIREMENT
BOARD,
        Respondents-Appellees.

_____/

On order of the Court, the application for leave to appeal the July 26, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, MARILYN KELLY, and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 18, 2012

Clerk

t0411